IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MONARCH LIFE INSURANCE CO. : CIVIL ACTION
:
:
    v. :
:
ESTATE OF ROBERT J. TARONE, III; :
JAMES P. McEVILLY, JR., as :
EXECUTOR OF THE ESTATE OF :
ROBERT J. TARONE, III; and :
LAURA SIPIO : NO. 09-734

O R D E R

AND NOW, this 10th day of May, 2011, upon consideration of the Supplemental Motion for Summary Judgment of the Estate of Robert J. Tarone, III, and James P. McEvilly, Jr., Executor of the Estate of Robert J. Tarone, III, filed in this matter as Document 105; and Laura Sipio's Response and Cross-Motion for Summary Judgment, filed in this matter as Document 107, it is hereby ORDERED THAT:

(1) The Supplemental Motion for Summary Judgment of the Estate of Robert J. Tarone, III, and James P. McEvilly, Jr., Executor of the Estate of Robert J. Tarone, III, is GRANTED;

(2) Interpleader Plaintiff Monarch Life Insurance Co. is directed to pay all as-yet unpaid benefits arising under the Policy and Settlement Agreement and Annuity Policy Number ML 0494802 to the Estate of Robert J. Tarone, III;

(3) Moneys paid by Interpleader Plaintiff Monarch Life Insurance Co. into escrow during the pendency of this case are to be distributed to the Estate of Robert J. Tarone, III;

(4) The Clerk of Court is directed to CLOSE THIS CASE FOR STATISTICAL PURPOSES.

BY THE COURT:

/s/Jacob P. Hart

_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE